USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-26-19

# CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

November 25, 2019

**APPLICATION GRANTED.**
**SO ORDERED:**

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 11/26/19
White Plains, NY

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Dorothy McAllister
19 Cr. 700 (VB)

Dear Judge Briccetti:

My client Dorothy McAllister respectfully asks for the Court's permission to attend a Thanksgiving dinner with family at the home of a family friend in Westchester County. The specifics of the name and address of the friend have been provided to Pretrial Services and to the Government. Ms. McAllister proposes to leave home on Thanksgiving Day at 3:00 p.m. to go to the dinner and to return home by 8:30 p.m. the same day.

Ms. McAllister is in compliance with the conditions of her release. Neither the Government nor Pretrial Services had any objections to Ms. McAllister's request.

Wishing the Court and its staff a peaceful Thanksgiving.

Respectfully submitted,

*[signature]*

Clinton W. Calhoun, III

CWC/kvm

cc: AUSA Shiva Logarajah (by ecf)
    USPO Leo Barrios (by e-mail)