# CALHOUN & LAWRENCE, LLP
## ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/19

December 10, 2019

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED.
In the future, defense counsel should address such requests to the Pretrial Services Officer, who shall have discretion to grant or deny same.

SO ORDERED:

_____  12/11/2019
Vincent L. Briccetti, U.S.D.J.         Date

Re:   United States v. Dorothy McAllister
      19 Cr. 700 (VB)

Dear Judge Briccetti:

My client Dorothy McAllister respectfully asks for the Court's permission to celebrate Christmas Day with family at the home of a family friend in Westchester County. I have provided the specifics of the name and address of the friend to Pretrial Services and to the Government. Ms. McAllister proposes to leave home on Christmas Day at 12:30 p.m. to go to the celebration and to return home by 8:00 p.m. the same day.

Ms. McAllister previously was given permission to attend a Thanksgiving family dinner at the same friend's house and everything worked out as it should have.

Ms. McAllister is in compliance with the conditions of her release. Neither the Government nor Pretrial Services have any objections to Ms. McAllister's Christmas request.

Wishing the Court and its staff a happy Holiday season.

Respectfully submitted,

Clinton W. Calhoun, III

cc:   AUSA Shiva Logarajah (by ecf)
      USPO Leo Barrios (by e-mail)