CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

January 15, 2020

USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-20

BY ECF
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

APPLICATION GRANTED.
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 1/15/20
White Plains, NY

Re:   United States v. Dorothy McAllister
      19 Cr. 700 (VB)

Dear Judge Briccetti:

I represent Dorothy McAllister and the purpose of this letter is to request a modification of her bail conditions. Upon her arrest, Magistrate Judge Smith placed her on home detention with electronic monitoring, along with requiring a co-signed $50,000 bond, as agreed to by the parties.

With the consent of the government and Pretrial Services, this is to request that the home detention condition be changed to a curfew with location monitoring, with the hours of the curfew to be determined by her Pretrial Services officer depending on Ms. McAllister's work and counseling schedule. This change will ease the burden on Pretrial Services in its supervision of someone who is abiding by all of her conditions, and will allow Ms. McAllister to work more hours when they are offered so she can meet her financial obligations.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/kvm

cc:   AUSA Shiva Logarajah (by ecf)
      USPO Leo Barrios (by e-mail)