MEMO ENDORSED

CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/17/20

March 16, 2020

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 3/17/20
White Plains, NY

Bail conditions modified to remove electronic monitoring.

BY ECF
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Dorothy McAllister
      19 Cr. 700 (VB)

Dear Judge Briccetti:

I represent Dorothy McAllister, who was arrested on October 3, 2019, and whose bail conditions, set by Magistrate Judge Smith, included electronic monitoring and a co-signed $50,000 bond. She is also subject to a curfew as set by her Pretrial Services Officer. As a result of Ms. McAllister's compliance with her bail conditions and progress with treatment, the government and Pretrial Services have now determined that electronic monitoring of her is no longer necessary. Pretrial Services advises that it needs a court order to take Ms. McAllister off the monitoring, thus the purpose of this letter is to request an order that such condition be eliminated from her bail conditions.

The government and Pretrial Services consent to this modification. Your Honor's consideration of this request is appreciated.

Respectfully submitted,

Clinton W. Calhoun, III

CWC/kvm

cc:   AUSA Shiva Logarajah (by ecf)
      USPO Leo Barrios (by e-mail)