# CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 504
WHITE PLAINS, NEW YORK 10601

CLINTON W. CALHOUN, III*
KERRY A. LAWRENCE**

REBECCA R. BROWN**

*ALSO ADMITTED IN VA & DC
**ALSO ADMITTED IN CT

(914) 946-5900

FAX (914) 946-5906

October 6, 2020

**BY ECF**
Honorable Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Jones (Dorothy McAllister)
     19 Cr. 700 (VB)

> APPLICATION GRANTED
> SO ORDERED:
> /s/ VLB
> Vincent L. Briccetti, U.S.D.J.
> Dated: 10/5/20
> White Plains, NY
> Defendant McAllister is excused from participating in 10/23/20 conference.

Dear Judge Briccetti:

My client Dorothy McAllister is scheduled to enter a guilty plea before Your Honor on October 23, 2020, at 10:00 a.m. This letter is to request respectfully that, in anticipation of her plea, she be excused from participating in the telephone status conference scheduled for 9:00 a.m. on October 23, 2020. The Government has no objection to this request.

I appreciate the Court's consideration of this letter.

Respectfully submitted,

Clinton W. Calhoun, III

cc:  All counsel (by ecf)